**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 20, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-15-00557-CR

---

**PAMELA ANN GREANEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Co Crim Ct at Law No 8**
**Harris County, Texas**
**Trial Court Cause No. 1990802**

---

## M E M O R A N D U M   O P I N I O N

Appellant Pamela Ann Greaney has signed and filed a written request to withdraw her notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Boyce, Busby, and Brown.

Do Not Publish – Tex. R. App. P. 47.2(b)